# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**MARK REDD,**

              **Plaintiff,**            Case No. 3:17-CV-118

**-vs-**                                         Thomas M. Rose, Judge

**JEAN-MICHEL BIDE, et al.,**

              **Defendant**

## ORDER GRANTING CONSOLIDATION OF CASES
### (Case No. 3:17-CV-118 and Case No. 3:17-CV-117)

This matter is before the Court on a Motion To Consolidate filed by Defendants Jean Michel Bide and JT&B Global, LLC (Doc. 8) on May 18, 2017 in Case No. 3:17-cv-118.

The Motion to Consolidate is hereby granted. The consolidation will be for all purposes through final judgment. Case No. 3:17-cv-117 will be the lead case in this action. Case No. 3:17-cv118 shall be transferred from the docket of Judge Thomas M. Rose to the docket of Judge Walter Rice. All future pleadings shall be filed under Case No. 3:17-cv-117.

**DONE** and **ORDERED** in Dayton, Ohio, this 7th day of June, 2017.

Dated: June 7, 2017                                  *s/Thomas M. Rose

                                                                     _____
                                                                       THOMAS M. ROSE
                                                                       UNITED STATES DISTRICT JUDGE